**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FREDRICH LITZO,<br>Plaintiff,<br>v.<br>HOME DEPOT U.S.A., INC.,<br>Defendant. | Case No.: 2:26-cv-00098-DJC-CKD<br><br>**REMAND ORDER** |

Petitioner has filed his First Amended Complaint. (ECF No. 11.) Pursuant to the Court's prior order (ECF No. 10), the Clerk of the Court is directed to remand this matter to the Sacramento County Superior Court and to serve a copy of this order and the order at ECF No. 10 on said court.

IT IS SO ORDERED.

Dated: September 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE